AO 91 (Rev 8/01) Criminal Complaint

# United States District Court

**SOUTHERN** DISTRICT OF **TEXAS**

McALLEN DIVISION

UNITED STATES OF AMERICA
v.
Alejandro Benitez-Ramirez

United States District Court
Southern District of Texas
FILED

JUN 1 5 2016

Clerk of Court

**CRIMINAL COMPLAINT**

Case Number: M-16-1149-M

IAE YOB: 1982
the United Mexican States
(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __June 14, 2016__ in __Starr__ County, in the __Southern__ District of __Texas__

(Track Statutory Language of Offense)

being then and there an alien who had previously been deported from the United States to the United Mexican States in pursuance of law, and thereafter was found near Roma, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title __8__ United States Code, Section(s) __1326__ (Felony)

I further state that I am a(n) **Senior Patrol Agent** and that this complaint is based on the following facts:

Alejandro Benitez-Ramirez was encountered by Border Patrol Agents near Roma, Texas on June 14, 2016. The investigating agent established that the Defendant was an undocumented alien and requested record checks. The Defendant claims to have illegally entered the United States on January 27, 2016, near Roma, Texas. Record checks revealed the Defendant was formally Deported/Excluded from the United States on January 19, 2016, through Del Rio, Texas. Prior to Deportation/Exclusion the Defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security. On August 13, 2015, the defendant was convicted of 8 USC 1324 Transporting an Alien within the United States for Private Financial Gain and sentenced to twelve (12) months and one (1) day confinement.

Continued on the attached sheet and made a part of this complaint: ☐ Yes ☒ No

Approved by

Sworn to before me and subscribed in my presence,

June 15, 2016

Peter E. Ormsby , U.S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Complainant

Adan De Los Santos     Senior Patrol Agent

Signature of Judicial Officer